PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0021-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUAN CARLOS NUNEZ BELTRAN and ANTONIO BUENROSTRO SUAREZ, | DATE: June 10, 2024 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on June 10, 2024.

2.      By this stipulation, defendants now move to continue the status conference until September 9, 2024, and to exclude time between June 10, 2024, and September 9, 2024, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      On May 16, 2024, government counsel sent a draft stipulated protective order to defense counsel, to which defense counsel agreed on May 28, 2024. The Court signed the protective order on May 29, 2024. Now that the protective order is in place, the government is finalizing voluminous discovery for production to defense counsel this week, including thousands of pages of reports, search warrants, and other materials; and numerous audio and video recordings, including wiretapped phone calls.

b)      Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct any necessary investigation and research related to the charges, to review discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 10, 2024 to September 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 3, 2024                                    PHILLIP A. TALBERT
                                                        United States Attorney


                                                        /s/ EMILY G. SAUVAGEAU
                                                        EMILY G. SAUVAGEAU
                                                        Assistant United States Attorney


Dated:  June 3, 2024                                    /s/ MICHAEL HANSEN
                                                        MICHAEL HANSEN
                                                        Counsel for Defendant
                                                        JUAN CARLOS NUNEZ BELTRAN

Dated:  June 3, 2024                                    /s/ TAMARA SOLOMAN
                                                        TAMARA SOLOMAN
                                                        Counsel for Defendant
                                                        ANTONIO BUENROSTRO SUAREZ

1

**ORDER**

2

IT IS SO FOUND AND ORDERED.

3

4

Dated:  June 3, 2024

5

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28