UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 31, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO BUENROSTRO SUAREZ<br><br>Defendant. | Case No. 2:24-cr-00021-2-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ANTONIO BUENROSTRO SUAREZ</u> Case No. <u>2:24-cr-00021-WBS</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ <u>100,000.00 secured by available equity 3928 Pinnell Street, Sacramento CA</u>

\_\_\_\_\_   Unsecured Appearance Bond $ _____

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other): \_.

Issued at Sacramento, California on May 31, 2024 at 1:00 PM

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE