1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12   UNITED STATES OF AMERICA,          No. 2:19-cr-231 WBS

13              Plaintiff,

14        v.
                                        ORDER RELATING CASES
15   JOSE ENCARNACION MAYO
     RODRIGUEZ, et al.,

16
                Defendants.
17

18

19

20   UNITED STATES OF AMERICA,          No. 2:24-cr-0020 TLN

              Plaintiff,
21

22        v.

23   ROSALVA ANGULO CASTILLO, et
     al.,
24
                Defendants.
25

26

27

28

                                1

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JUAN CARLOS NUNEZ BELTRAN, et al.,

        Defendants.

No. 2:24-cr-0021 WBS

----oo0oo----

    Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve some of the same witnesses and are based in part on the same or similar facts.  Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

    The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

    IT IS THEREFORE ORDERED that the actions denominated United States v. Mayo Rodriguez, Case No. 2:19-cr-231 WBS; United States v. Angulo Castillo, Case No. 2:24-cr-20 TLN; and United States v. Nunez Beltran, Case No. 2:24-cr-21 WBS, be, and the same hereby are, deemed related.  The case denominated United States v. Angulo Castillo, Case No. 2:24-cr-20 TLN, shall be reassigned to Judge WILLIAM B. SHUBB.  Any dates currently set in

1  the reassigned case only are hereby VACATED.  Henceforth, the

2  captions on documents filed in the reassigned case shall be shown

3  as <u>United States v. Angulo Castillo</u>, Case No. 2:24-cr-20 WBS.

4         IT IS FURTHER ORDERED that the Clerk of the Court make

5  an appropriate adjustment in the assignment of cases to

6  compensate for this reassignment.

7         IT IS SO ORDERED.

8  Dated:  October 8, 2024

   WILLIAM B. SHUBB
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3