```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  DAVID W. SPENCER
    EMILY G. SAUVAGEAU
 3  Assistant United States Attorney
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5  Facsimile:  (916) 554-2900

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUAN CARLOS NUNEZ BELTRAN and<br>ANTONIO BUENROSTRO SUAREZ,<br>JESUS RAMON GONZALEZ,<br><br>　　　　　　　　Defendants. | CASE NO. 2:24-CR-0021-WBS<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>FINDINGS AND ORDER<br><br>DATE: November 18, 2024<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on November 18, 2024.

2. By this stipulation, defendants now move to continue the status conference until **February 3, 2025, at 10:00 a.m.,** and to exclude time between November 18, 2024, and February 3, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes more than 9,300 pages of reports, search warrants, and other materials, as well as numerous audio and video recordings, including wiretapped phone calls.

　　b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review

discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2024 to February 3, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 13, 2024                       PHILLIP A. TALBERT
                                                      United States Attorney

                                                      /s/ DAVID W. SPENCER
                                                      DAVID W. SPENCER
                                                      Assistant United States Attorney

Dated:  November 13, 2024                       /s/ MICHAEL HANSEN

|   |   |
|---|---|
|   | MICHAEL HANSEN<br>Counsel for Defendant<br>JUAN CARLOS NUNEZ BELTRAN |
| Dated: November 13, 2024 | /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>ANTONIO BUENROSTRO SUAREZ |
| Dated: November 13, 2024 | /s/ MICHAEL HEUMANN<br>MICHAEL HEUMANN<br>Counsel for Defendant<br>JESUS RAMON GONZALEZ |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3