MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0021-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUAN CARLOS NUNEZ BELTRAN and ANTONIO BUENROSTRO SUAREZ, JESUS RAMON GONZALEZ, | DATE: February 3, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on February 3, 2025.

2. By this stipulation, defendants now move to continue the status conference until April 28, 2025, at 10:00 a.m., and to exclude time between February 3, 2025, and April 28, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes more than 9,300 pages of reports, search warrants, and other materials, as well as numerous audio and video recordings, including wiretapped phone calls.

    b) Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review

discovery in this matter, to discuss potential resolutions with their respective clients, and to otherwise prepare for trial.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 3, 2025 to April 28, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  January 28, 2025       MICHELE BECKWITH
                    Acting United States Attorney

                    /s/ DAVID W. SPENCER
                    DAVID W. SPENCER
                    Assistant United States Attorney

Dated:  January 28, 2025        /s/ MICHAEL HANSEN

STIPULATION REGARDING EXCLUDABLE TIME    2
PERIODS UNDER SPEEDY TRIAL ACT

|  | MICHAEL HANSEN<br>Counsel for Defendant<br>JUAN CARLOS NUNEZ BELTRAN |
|---|---|
| Dated: January 28, 2025 | /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>ANTONIO BUENROSTRO SUAREZ |
| Dated: January 28, 2025 | /s/ MICHAEL HEUMANN<br>MICHAEL HEUMANN<br>Counsel for Defendant<br>JESUS RAMON GONZALEZ |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: January 29, 2025

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE