MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0021-WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JUAN CARLOS NUNEZ BELTRAN, ANTONIO BUENROSTRO SUAREZ, AND JESUS RAMON GONZALEZ, | DATE: April 28, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1.   By previous order, this matter was set for status on April 28, 2025.

2.   By this stipulation, defendants now move to continue the status conference until June 23, 2025, at 10:00 a.m., and to exclude time between April 28, 2025, and June 23, 2025, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes more than 9,300 pages of reports, search warrants, and other materials, as well as numerous audio and video recordings, including wiretapped phone calls.

   b)   Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review

1  discovery in this matter, to discuss potential resolutions with their respective clients, and to
2  otherwise prepare for trial.

3       c)     Counsel for defendants believe that failure to grant the above-requested
4  continuance would deny them the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.

6       d)     The government does not object to the continuance.

7       e)     Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.

10       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  et seq., within which trial must commence, the time period of April 28, 2025 to June 23, 2025,
12  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13  because it results from a continuance granted by the Court at defendant's request on the basis of
14  the Court's finding that the ends of justice served by taking such action outweigh the best interest
15  of the public and the defendant in a speedy trial.

16  4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
17  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18  must commence.

20  IT IS SO STIPULATED.

23  Dated:  April 23, 2025                                               MICHELE BECKWITH
                                                                              Acting United States Attorney

25                                                                                /s/ DAVID W. SPENCER
                                                                              DAVID W. SPENCER
                                                                              Assistant United States Attorney

28  Dated:  April 23, 2025                                                            /s/ MICHAEL HANSEN

|  | MICHAEL HANSEN<br>Counsel for Defendant<br>JUAN CARLOS NUNEZ BELTRAN |
|---|---|
| Dated: April 23, 2025 | /s/ TAMARA SOLOMAN<br>TAMARA SOLOMAN<br>Counsel for Defendant<br>ANTONIO BUENROSTRO SUAREZ |
| Dated: April 23, 2025 | /s/ MICHAEL HEUMANN<br>MICHAEL HEUMANN<br>Counsel for Defendant<br>JESUS RAMON GONZALEZ |

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE