1  KIMBERLY A. SANCHEZ
   Acting United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 2:24-CR-0021-WBS

12               Plaintiff,             AMENDED STIPULATION REGARDING
                                        EXCLUDABLE TIME PERIODS UNDER SPEEDY
13      v.                              TRIAL ACT; FINDINGS AND ORDER

14 JUAN CARLOS NUNEZ BELTRAN,          DATE: July 21, 2025
   ANTONIO BUENROSTRO SUAREZ, AND      TIME: 10:00 a.m.
15 JESUS RAMON GONZALEZ,               COURT: Hon. William B. Shubb

16               Defendants.

17

18                          **STIPULATION**

19      1.      By previous order, this matter was set for status on July 21, 2025.

20      2.      By this stipulation, defendants now move to continue the status conference until **October
21 20, 2025, at 10:00 a.m**., and to exclude time between July 21, 2025, and October 20, 2025, under Local
22 Code T4.

23      3.      The parties agree and stipulate, and request that the Court find the following:

24              a)      The government has represented that the discovery associated with this case

25 includes more than 9,300 pages of reports, search warrants, and other materials, as well as

26 numerous audio and video recordings, including wiretapped phone calls.

27              b)      Counsel for defendants desire additional time to consult with their clients, to

28 review the current charges, to conduct investigation and research related to the charges, to review

STIPULATION REGARDING EXCLUDABLE TIME              1
PERIODS UNDER SPEEDY TRIAL ACT

1  discovery in this matter, to discuss potential resolutions with their respective clients, and to
2  otherwise prepare for trial.
3      c)    Counsel for defendants believe that failure to grant the above-requested
4  continuance would deny them the reasonable time necessary for effective preparation, taking into
5  account the exercise of due diligence.
6      d)    The government does not object to the continuance.
7      e)    Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10     f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of July 21, 2025 to October 20, 2025,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13 because it results from a continuance granted by the Court at defendant's request on the basis of
14 the Court's finding that the ends of justice served by taking such action outweigh the best interest
15 of the public and the defendant in a speedy trial.
16 4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the
17 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
18 must commence.

20 IT IS SO STIPULATED.

23 Dated: July 16, 2025        KIMBERLY A. SANCHEZ
           Acting United States Attorney

25         /s/ DAVID W. SPENCER
           DAVID W. SPENCER
           Assistant United States Attorney

28 Dated: July 16, 2025        /s/ MICHAEL HANSEN

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

MICHAEL HANSEN
Counsel for Defendant
JUAN CARLOS NUNEZ BELTRAN

Dated: July 16, 2025                    /s/ TAMARA SOLOMAN
TAMARA SOLOMAN
Counsel for Defendant
ANTONIO BUENROSTRO SUAREZ

Dated: July 16, 2025                    /s/ MICHAEL HEUMANN
MICHAEL HEUMANN
Counsel for Defendant
JESUS RAMON GONZALEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 16, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE