1  TAMARA SOLOMAN, SBN 183841
2  LAW OFFICES OF TAMARA L. SOLOMAN
   901 H Street Ste 400
3  Sacramento, CA 95814
   Telephone:   (916) 712-8962
4  E-Mail:      solomanlaw@yahoo.com
5
6  Attorney for Defendant
   ANTONIO BUENROSTRO SUAREZ
7

8              **IN THE UNITED STATES DISTRICT COURT FOR THE**
9
10                  **EASTERN DISTRICT OF CALIFORNIA**

11  UNITED STATES OF AMERICA,
12                                          Case No.: 2:24-CR-00021 WBS
              Plaintiff,
13                                          **ORDER TO MODIFY CONDITION
14        v.                                OF RELEASE TO ALLOW FOR
                                            TRAVEL**
15  ANTONIO BUENROSTRO SUAREZ,
16
              Defendant.
17

18
19                                **ORDER**
20

21  Good cause appearing, it is hereby ordered that the conditions of pretrial release for Defendant
22
23  ANTONIO BUENROSTRO SUAREZ are modified as follows**:**

24     1. Mr. Suarez is permitted to travel to Mexico from December 22, 2025, through January 7,
25
26        2026**,** for family purposes.

27     2. Mr. Suarez's passport shall be released to him on December 19, 2025, to facilitate his
28
          international travel.

                                    - 1 -

**3.** Mr. Suarez shall return the passport to Pretrial Services within 24 hours of his return to the United States, but in no event later than January 12, 2026.

4. All other conditions of pretrial release shall remain in full force and effect.

5. Mr. Suarez shall continue to maintain contact with Pretrial Services during his travel period and notify them of his travel itinerary and contact information in Mexico.

**IT IS SO ORDERED**

Dated:  October 27, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE